Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/21
```

70 Grand Avenue, Suite 100
River Edge, NJ  07661

233 Broadway, Suite 2370
New York, NY  10279
(Preferred mailing address)

April 7, 2021

Hon. Kimba M. Wood
Daniel P. Moynihan United States Courthouse
United States District Judge
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:   United States v. John Manuel Mejia
      20 Cr 199 (KMW)

Dear Judge Wood:

I am counsel for John Manuel Mejia, who was released on a bond on February 14, 2020.

With the consent of AUSA Brandon Harper, I respectfully request that Mr. Mejia's travel restrictions be modified to the limited extent that he be permitted to travel to New Jersey for business purposes when his employer directs him to go there to pick up and deliver items.

[Granted KMW]

Pretrial Services Dominique Jackson informs me that she takes no position on the defendant's travel as long as permission is given from the courts. Officer Jackson also informs me that, if permission were granted by the court, she would not ask Mr. Mejia to notify her in advance if his travel is for employment purposes.

Sincerely,

/s/

Donald Yannella, Esq.

SO ORDERED:   N.Y., N.Y.  4/7/21

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.