|  |  |
|---|---|
| Law Offices of<br>**Donald J. Yannella**<br>A Professional Corporation<br>Email: nynjcrimlawyer@gmail.com<br>Tel: (212) 226-2883<br>Fax: (646) 430-8379 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 6/27/21 |

**70 Grand Avenue, Suite 100**　　　　　　　　　　　　　　　　**233 Broadway, Suite 2370**
**River Edge, NJ  07661**　　　　　　　　　　　　　　　　　　　**New York, NY  10279**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

June 25, 2021

Hon. Kimba M. Wood　　　　　　　　　　　　　　　　　　　　**MEMO ENDORSED**
Daniel P. Moynihan United States Courthouse
United States District Judge
500 Pearl Street
New York, NY  10007

　　　Re:　United States v. John Manuel Mejia
　　　　　　20 Cr 199 (KMW)

Dear Judge Wood:

　　I am counsel for John Manuel Mejia, who is scheduled to appear before Your Honor for a status conference on June 28, 2021.  Because I am on trial before the Hon. Valerie Caproni, I respectfully request that attorney Daniel Parker be permitted to stand in for me.　　**Granted -KMW**

　　I have discussed this with my client, John Mejia, and he informs me that he consents to this application.  Mr. Mejia also is also prepared to state on the record that consents to appearing in court by teleconference.  Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald Yannella, Esq.

**SO ORDERED.**

**Dated: June 27, 2021**
**New York, NY**

　　　　　　*/s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**