```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | S1 20 Cr. 199 (KMW) |
| JOHN MANUEL MEJIA, | |
| Defendant. | |

WHEREAS, defendant JOHN MANUEL MEJIA has stated an intent to enter a plea of guilty pursuant to a plea agreement in this case, and this Court has referred the plea proceedings to the duty Magistrate Judge;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely, and the CARES Act and findings made by the Judicial Conference of the United States and Chief Judge Laura Taylor Swain of the Southern District of New York allow for guilty pleas to be taken by phone or videoconference, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the duty Magistrate Judge shall conduct the defendant's plea proceeding by videoconference or by telephone if, due to scheduling limitations, videoconference is not reasonably available, and that the defendant has specifically requested that the proceeding occur remotely and consents to the same;

THE COURT HEREBY FINDS that the defendant's plea proceeding cannot be further delayed without serious harm to the interests of justice, because the case has been pending for eleven months, during which period the defendant has been detained; and because the parties' and

the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the plea proceeding occur without further delay.

SO ORDERED.

Dated: New York, New York
January 4, 2022

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK