Law Offices of
**Donald J. Yannella**
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/22

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

March 30, 2022

Hon. Kimba M. Wood
Daniel P. Moynihan United States Courthouse
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. John Manuel Mejia
20 Cr 199 (KMW)

Dear Judge Wood:

I am counsel for John Manuel Mejia, who pleaded guilty and is scheduled to be sentenced on April 6, 2022.

Without objection from AUSA Kedar Bhatia, I respectfully request that sentencing be scheduled for May 16, 18 or 18, 2022. No prior requests have been made for an adjournment of this sentencing hearing.

Sincerely,

/s/

Donald Yannella, Esq.

*Sentencing is adjourned to May 25, 2022 at 10:30 a.m. Defendant's submission is due by May 11. Government submission is due by May 18.*

SO ORDERED: N.Y., N.Y. 3/31/22

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.