```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

JOHN MANUEL MEJIA,

                  Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's trial schedule, sentencing currently scheduled for May 25, 2022, is adjourned to Wednesday, June 15, 2022, at 11:30 a.m., as an in-person proceeding.

    SO ORDERED.

Dated: New York, New York
         May 9, 2022

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE