UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

>USDS SDNY
>DOCUMENT
>ELECTRONICALLY FILED
>DOC #: _____
>DATE FILED: 6/6/22

    -against-

**ORDER**
20 CR 199 (KMW)

JOHN MANUEL MEJIA,

               Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    At the request of the parties, sentencing in the above-captioned case is adjourned to Wednesday, July 6, 2022, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
         June 6, 2022

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE