Law Offices of

# Donald J. Yannella

A NY Professional Corporation
Email: **nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/24

**135 Prospect Street**
**Ridgewood, NJ 07450**

**299 Broadway, Suite 800**
**New York, NY 10007**

**MEMO ENDORSED**

October 31, 2024

Hon. Kimba M. Wood
Daniel P. Moynihan United States Courthouse
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:   United States v. John Manuel Mejia
         20 Cr 199 (KMW)

Dear Judge Wood:

    I am counsel for John Manuel Mejia, who was sentenced to a term of imprisonment in 2022 and is currently on supervised release.

    I respectfully request an Order directing Pretrial Services to return Mr. Mejia's passport to him. Mr. Mejia surrendered his passport as a condition of bond  *Granted*

    United States Probation Technician Brittany Valentine and AUSA Brandon Harper inform me that they do not object to this application.

    Thank you for your courtesy and attention to this matter.

              Sincerely,

              /s/

              Donald Yannella, Esq.

cc. US Probation Technician Brittany Valentine, email: LIC@nysp.uscourts.gov

**SO ORDERED:** N.Y., N.Y. 11/6/24

_____
KIMBA M. WOOD
U.S.D.J.